No. 95-900. MUTUAL TRADING CORP. ET AL. *v.* UNIROYAL GOODRICH TIRE CORP. C. A. 7th Cir. Certiorari denied. ▮

No. 95-902. SOMERSET COUNTY *v.* ARAVANIS. Ct. App. Md. Certiorari denied. ▮

No. 95-910. DISTRICT OF COLUMBIA ET AL. *v.* COVINGTON ET AL. C. A. D. C. Cir. Certiorari denied. ▮

No. 95-912. HIATT ET AL. *v.* UNION PACIFIC RAILROAD CO. ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 95-917. ROBERTSON ET AL. *v.* MOENCH. C. A. 3d Cir. Certiorari denied. ▮

No. 95-920. VENTURA ET AL. *v.* MORALES, ATTORNEY GENERAL OF TEXAS. C. A. 5th Cir. Certiorari denied. ▮

No. 95-923. SECURITY MANAGEMENT CORP. *v.* BALTIMORE COUNTY, MARYLAND. Ct. Sp. App. Md. Certiorari denied. ▮

No. 95-926. MARK I MARKETING CORP. ET AL. *v.* R. R. DONNELLEY & SONS CO. C. A. Fed. Cir. Certiorari denied. ▮

No. 95-927. IN RE GUY. Sup. Ct. Del. Certiorari denied.

No. 95-930. MARIC *v.* ST. AGNES HOSPITAL CORP. ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 95-932. CLAY *v.* COOPER, WARDEN. C. A. 7th Cir. Certiorari denied. ▮

No. 95-933. KEAT *v.* CHAVEZ ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied. ▮

No. 95-934. JOHNSON *v.* JOHNSON ET AL. C. A. 6th Cir. Certiorari denied. ▮